Tanya E. Moore (State Bar No. 206683)
**MOORE LAW FIRM P.C.**
323 North Second Street
San Jose, CA 95112
Phone: 408-298-2000
Fax: 408-298-6046
E-mail: service@moorelawfirm.com

Attorneys for Plaintiff Gerardo Hernandez



APPROVED
Judge Jacqueline Scott Corley
4/30/19

# UNITED SATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC., 975 VETERANS PARTNERS, a California General Partnership,<br><br>Defendants. | Case No. 3:19-cv-01256-JSC<br><br>**2nd STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Civ. L.R. 6-1(a))**<br><br>Complaint Served: March 13, 2019<br>Current Deadline To Respond: May 3, 2019<br>Proposed New Deadline to Respond: May 29, 2019 |

---

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:19-CV-01256-JSC

| | |
|---|---|
| 1 | Pursuant to United States District Court for the Northern District of California Local |
| 2 | Rule 6-1(a), Plaintiff Gerardo Hernandez ("Plaintiff") and Defendants Western Dental |
| 3 | Services, Inc. ("Western Dental") and 975 Veterans Partners ("975 Veterans"), hereby |
| 4 | submit this stipulation as follows: |

Pursuant to United States District Court for the Northern District of California Local Rule 6-1(a), Plaintiff Gerardo Hernandez ("Plaintiff") and Defendants Western Dental Services, Inc. ("Western Dental") and 975 Veterans Partners ("975 Veterans"), hereby submit this stipulation as follows:

WHEREAS, Plaintiff filed a Complaint for injunctive relief and damages in this action on March 3, 2019;

WHEREAS, Western Dental was served with the Complaint on March 13, 2019, and its deadline to respond to the Complaint pursuant to the parties' agreement and filing of a 1st stipulation is May 3, 2019;

WHEREAS, 975 Veterans Partners was served with the Complaint on April 9, 2019 and its deadline to respond to the Complaint pursuant to the parties' agreement is presently May 3, 2019;

WHEREAS, the parties have stipulated to a further 26-day extension of time for Western Dental and 975 Veterans to respond to the Complaint to allow the parties additional time to explore the possibility of early resolution of this matter, to investigate the allegations in the Complaint, and to engage in good faith settlement discussions; and

WHEREAS, the 26-day extension for Western Dental and 975 Veterans to answer or respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Western Dental and 975 Veterans will have until and including May 29, 2019 to respond to the Complaint.

1

| | | |
|---|---|---|
| 1 | DATED: April 29, 2019 | **MOORE LAW FIRM P.C.** |
| 2 | | |
| 3 | | By: */s/ Tanya E. Moore* |
| 4 | | Tanya E. Moore |
| 5 | | MOORE LAW GROUP P.C. |
| | | Attorneys for Plaintiff, Gerardo Hernandez |
| 6 | | |
| 7 | DATED: April 29, 2019 | **WESTERN DENTAL SERVICES, INC.** |
| 8 | | |
| 9 | | By:_____/s/ Nilam J. Patel |
| | | NILAM J. PATEL (SBN 232195) |
| 10 | | ASSOCIATE GENERAL COUNSEL, |
| 11 | | WESTERN DENTAL SERVICES, INC. |
| 12 | | |
| 13 | DATED: April 29, 2019 | **975 VETERANS PARTNERS** |
| 14 | | |
| 15 | | By:_____/s/ Mark D. Hudak |
| | | MARK D. HUDAK (SBN 232195) |
| 16 | | LAW OFFICES OF MARK D. HUDAK, |
| 17 | | ATTORENYS FOR 975 VETERANS PARTNERS |

2ND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:19-CV-01256-JSC

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **<u>Filer's Attestation</u>** |
| 4 | I, Tanya E. Moore, hereby attest that I received the concurrence of Nilam J. Patel, |
| 5 | Esq. and Mark D. Hudak in the filing of this document. |

By: */s/ Tanya E. Moore*
TANYA E. MOORE