1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez
6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| GERARDO HERNANDEZ, | No.   3:19-CV-01256-JC |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| vs. | |
| WESTERN DENTAL SERVICES, INC.; 975 VETERANS PARTNERS, a California General Partnership, | |
| Defendants. | |

Notice is hereby given that Plaintiff Gerardo Hernandez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including October 22, 2019 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: September 19, 2019                MOORE LAW FIRM, P.C.


                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorney for Plaintiff,
                                         Gerardo Hernandez

NOTICE OF SETTLEMENT OF ENTIRE ACTION

Page 1