1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 3:19-cv-01256-JSC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| WESTERN DENTAL SERVICES, INC.; 975 VETERANS PARTNERS, a California General Partnership, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Western Dental Services, Inc.; and 975 Veterans Partners, a California General Partnership, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated:  October 22, 2019              MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Gerardo Hernandez

Dated:  October 22, 2019              WOOD, SMITH, HENNING & BERMAN LLP


                                       */s/ Sheila E. Fix*
                                       Sheila E. Fix
                                       Attorneys for Defendants,
                                       Western Dental Services, Inc.; and 975
                                       Veterans Partners, a California General Partnership

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Gerardo Hernandez